**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAYFEL SCOGGINS, | ) | NO. CV 10-9049-PA (MAN) |
|         Petitioner, | ) | |
|   v. | ) | JUDGMENT |
| F. GONZALEZ, WARDEN, | ) | |
|         Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 11, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE